AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

## APPEARANCE

Case Number: 07-mj-01787

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ERIC PEELS

I certify that I am admitted to practice in this court.

| 12/19/2007 | [signature] |
|---|---|
| Date | Signature |

HUGH M. MUNDY   9500
Print Name   Bar Number

52 DUANE STREET, TENTH FLOOR
Address

NEW YORK   NY   10007
City   State   Zip Code

(212) 417-8700   (212) 571-0392
Phone Number   Fax Number